IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF NORTH DAKOTA, | ) | Civil Action No.: A2-04-152 |
| | ) | Honorable Ralph R. Erickson |
| Plaintiff, | ) | Magistrate Judge Karen K. Klein |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES HARDIE RESEARCH PTY, LTD., | ) | |
| an Australian Corporation, | ) | |
| JAMES HARDIE BUILDING PRODUCTS, INC., | ) | **UNIVERSITY OF NORTH** |
| a Nevada Corporation, | ) | **DAKOTA'S NOTICE OF MOTION** |
| JAMES HARDIE INT'L FINANCE B.V., | ) | **AND MOTION TO DECLASSIFY** |
| a Netherlands Corporation, | ) | **"CONFIDENTIAL – ATTORNEYS'** |
| certain FURNACE EQUIPMENT, | ) | **EYES ONLY" DESIGNATION** |
| certain FURNACE EQUIPMENT DESIGNS, | ) | |
| certain FURNACE SPECIFICATIONS, and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAMES HARDIE BUILDING PRODUCTS, INC. and JAMES HARDIE INT'L FINANCE B.V., | ) | Civil Action No.: A2-05-44 |
| | ) | |
| Plaintiffs, | ) | FILED |
| | ) | JAN 17 2006 |
| vs. | ) | |
| | ) | EDWARD J. KLECKER, CLERK |
| ENERGY & ENVIRONMENTAL RESEARCH CENTER, | ) | U.S. DISTRICT COURT-NORTH DAKOTA |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the University of North Dakota and its division, the Energy & Environmental Research Center (collectively "UND/EERC"), hereby move the Court pursuant to Rules 26(c), 26(g) and 37(a)(4), Federal Rules of Civil Procedure, to declassify James Hardie Research Pty, Ltd., et al.'s "Attorneys' Eyes Only" designation, to award UND/EERC its reasonable attorneys' fees and costs in preparing its motion, and to award any other relief that the Court deems appropriate.

Date: January 13, 2006.                    _____
                                            Sara Gullickson McGrane
                                            North Dakota Registration No. 04937
                                            Robert L. Bach
                                            Minnesota Registration No. 3736
                                            Special Assistant Attorney General of North Dakota
                                            220 South Sixth Street, Suite 2200
                                            Minneapolis, MN 55402-4302
                                            (612) 339-6321

                                            Michael S. Neustel
                                            North Dakota Registration No. 05452
                                            Special Assistant Attorney General of North Dakota
                                            2534 South University Drive, Suite 4
                                            Fargo, North Dakota 58103
                                            (701) 281-8822

                                            ATTORNEYS FOR THE UNIVERSITY OF NORTH
                                            DAKOTA

## AFFIDAVIT OF SERVICE VIA E-MAIL AND U.S. MAIL

STATE OF MINNESOTA    )
                      )ss
COUNTY OF HENNEPIN    )

Lisa A. Acierno, City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn upon oath, says that on the _13th_ day of January, 2006, she served the following:

(1) University of North Dakota's Notice of Motion and Motion to Declassify "Confidential – Attorneys' Eyes Only" Designation

(2) University of North Dakota's Memorandum of Law in Support of Motion to Declassify "Confidential – Attorneys' Eyes Only" Designation

(3) [Proposed] Order on University of North Dakota's Motion to Declassify "Confidential – Attorneys' Eyes Only" Designation

(4) UND/EERC's Notice of Motion and Motion to Compel Production of Documents Listed on James Hardie's Privilege Log, and to Recover Attorneys' Fees and Costs

(5) UND/EERC's Memorandum of Law in Support of its Motion to Compel Production of Documents Listed on James Hardie's Privilege Log and to Recover Attorneys' Fees and Costs

(6) [Proposed] Order on UND/EERC's Motion to Compel Production of Documents Listed on James Hardie's Privilege Log, and to Recover Attorneys' Fees and Costs

(7) Affidavit of Sara Gullickson McGrane in Support of University of North Dakota's Motion to Declassify Attorneys' Eyes Only Designation and Motion to Compel Production of Documents Listed on James Hardie's Privilege Log

on the following persons via e-mail to the e-mail addresses listed below and thereafter at their last known addresses, by placing said envelopes with said contents in the United States Mail at Minneapolis, Minnesota:

Mark R. Hanson
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
Post Office Box 2626
Fargo, ND 58108-2626
mhanson@nilleslaw.com
(701) 280-0762

John B. Sganga, Jr.
Knobbe Martens Olson & Bear, L.L.P.
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
jsganga@kmob.com
(949) 760-9502

Douglas G. Muehlhauser
Knobbe Martens Olson & Bear, L.L.P.
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
dmuehlhauser@kmob.com
(949) 760-9502

MPLS-Word 81175.1

*Lisa A. Acierno*
Lisa A. Acierno

Subscribed and sworn to before me
this 13th day of January, 2006.

*Lisa M. Flaherty*
Notary Public

[Notary Seal: LISA M. FLAHERTY, Notary Public, Minnesota, My Commission Expires January 31, 2010]